

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00217-CV

| | | |
|---|---|---|
| BRIAN NORTHCUTT, M.D., Appellant | § | On Appeal from the 90th District Court |
| | § | of Young County (34179) |
| V. | | |
| | § | January 6, 2022 |
| RONNIE C. STEPHENS AND RICKY STEPHENS, Appellees | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Ronnie C. Stephens and Ricky Stephens shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
     Justice Mike Wallach